

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LISA D. HALL, | § | |
| Appellant, | § | |
| v. | § | No. 08-12-00208-CV |
| DOMINO'S PIZZA, INC., DOMINO'S PIZZA DISTRIBUTION, L.L.C., DENNIS L. MAYHALL d/b/a/ DLM PIZZA, INC. d/b/a MARK OF EXCELLENCE PIZZA COMPANY d/b/a DOMINO'S PIZZA, AND MARCO PIZZA HEADQUARTERS, INC. d/b/a MARK OF EXCELLENCE PIZZA COMPANY d/b/a DOMINO'S PIZZA, | § § § § § | Appeal from the 95th Judicial District Court of Dallas County, Texas (TC#10-09356-D) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.